IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                       CASE NO. 1:11-CR-10003

CEDRIC JOHNSON                                              DEFENDANT

## **ORDER**

On July 17, 2018, the Court received a 12A report [ECF 21] from the United States Probation Office for the Western District of Arkansas requesting that the Court terminate Defendant's term of supervised release pursuant to a recommendation from the United States Probation Office for the Northern District of Georgia. Upon consideration, the Court finds that Defendant's term of supervised release should be and hereby is **TERMINATED**.

**IT IS SO ORDERED**, this 19th day of July, 2018.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge